```
1  McGREGOR W. SCOTT                              FILED
   United States Attorney
2  ANNE PINGS                                     MAY 1 1 2006
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100                     CLERK, U.S. DISTRICT COURT
   Sacramento, California  95814                  EASTERN DISTRICT OF CALIFORNIA
4  Telephone:  (916) 554-2785                     _____
                                                       DEPUTY CLERK
5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA       ) CR. NO. 2:06-CR-0200 MCE
                                  )
12         Plaintiff,              )
                                  )
13      v.                         )
                                  )         ORDER TO SEAL
14 CHRISTOPHER M. CRAIG,           )          INDICTMENT
   DONALD A. EDGECOMB, and         )
15 JACOB D. ESTEVES,               )
                                  )
16         Defendants.             )
   _____)
17

18      The Court hereby orders that the Indictment, the Motion to

19 Seal Indictment, and this Order, in the above-referenced case, shall

20 be sealed until the first arrest of either defendant CRAIG or until

21 further order of the Court.

22
                                          _____
23                                            GREGORY G. HOLLOWS
24 DATED: May 11, 2006                     United States Magistrate Judge

25

26

27

28
```