McGREGOR W. SCOTT
United States Attorney
ANNE PINGS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2785



**FILED**

JUN - 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CHRISTOPHER M. CRAIG,<br>DONALD A. EDGECOMB, and<br>JACOB D. ESTEVES,<br><br>  Defendants. | CR. NO. S-06-200-MCE<br><br>MOTION AND PROPOSED ORDER<br>TO UN-SEAL INDICTMENT |

The United States, by and through, Assistant United States Attorney Anne Pings, now moves this Court to unseal the indictment in this case previously ordered sealed pursuant to Federal Rule Criminal Procedure 6(e)(4).

Defendant Donald Edgecomb has been arrested in the Eastern District of Wisconsin and all parties need access to the indictment to process that defendant. In addition, as a practical matter, upon the arrest of this one indicted defendants, the others will know shortly of the existence of the pending indictment against them.

//
//

-1-

WHEREFORE, the government requests that the Indictment and all other papers ordered sealed by this Court be UNSEALED at this time.

DATED: June 7, 2006

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

ANNE PINGS
ASSISTANT U.S. ATTORNEY

**IT IS SO ORDERED.**

DATED: 6/7/06

United States Magistrate Judge

-2-