FILED
June 14, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)  Case No. Cr.S-06-0200-MCE
        Plaintiff, )
)
v. )  ORDER FOR RELEASE OF
)  PERSON IN CUSTODY
JACOB D. ESTEVES, )
)
        Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JACOB D. ESTEVES, Case No. Cr.S-06-0200-MCE, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of $ 50,000

_X_   Unsecured Appearance Bond   co-signed by D's mother

___   Appearance Bond with 10% Deposit

___   Appearance Bond with Surety

___   Corporate Surety Bail Bond

_X_   (Other)   Conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on June 14, 2006 at 2:30 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge