UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:06-cr-0200-MCE |
| Plaintiff, | |
| v. | ORDER CONTINUING STATUS CONFERENCE |
| CHRISTOPHER M. CRAIG, ET AL., | |
| Defendant. | |

Based upon the stipulation of the parties and good cause appearing, it is hereby ordered that the Status Conference scheduled to occur on Tuesday, July 18, 2006, at 8:30 a.m. is continued to August 29, 2006 at 8:30 a.m. Pursuant to 18 U.S.C. § 3161 the Court finds that the failure to grant such a continuance would likely result in a miscarriage of justice given that the parties need additional time to review discovery and evaluate any necessary motions which need to be filed and possible plea negotiations. The Court finds that the ends of justice served by continuing the Status Conference outweigh the best interest of the public and the Defendant in a speedy trial.
///

1    Accordingly, it is further Ordered that the time from July
2 18, 2006 and August 29, 2006 be excluded under the Speedy Trial
3 Act, 18 U.S. C. §§ 3161-3174 and specifically Local Rule T4..

DATED: July 18, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE