DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JACOB D. ESTEVES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>            Plaintiff,                )<br>                                      )<br>      v.                              )<br>                                      )<br>CHRISTOPHER CRAIG, et al.,            )<br>                                      )<br>            Defendants.               )<br>_____) | No. 2:06-cr-0200-MCE<br><br>**STIPULATION AND ORDER VACATING**<br>**MOTION HEARING AND SCHEDULING**<br>**STATUS CONFERENCE**<br><br>Date:  March 13, 2007<br>Time:  8:30 a.m.<br>Judge: Hon. Morrison C. England |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, through their respective attorneys, that the motion hearing scheduled for March 13, 2007, may be vacated and a status conference scheduled for April 3, 2007, at 8:30 a.m.

    After scheduling hearing on a pretrial motion to be filed by Mr. Esteves, the parties continued their negotiations; it presently appears that the case may resolve without the filing of motions.  Additional time is needed to consider resolving the case as to all parties; the present trial date (June 27, 2007) remains in place.  In order to complete their discussions and, if appropriate, prepare written agreements, the parties

1  agree that a status conference should me set for April 3, 2007, at 8:30
2  a.m. and that time under the Speedy Trial Act be excluded through that
3  date pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

Dated:  March 8, 2007                /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for JACOB ESTEVES

Dated:  March 8, 2007                /s/ T. Zindel for C. Fry
                                      CANDACE FRY
                                      Attorney for CHRISTOPHER CRAIG

Dated:  March 8, 2007                /s/ T. Zindel for S. Ames
                                      STEPHANIE AMES
                                      Attorney for DONALD EDGECOMB

                                      McGREGOR SCOTT
                                      United States Attorney

Dated:  March 8, 2007                /s/ T. Zindel fo A. Pings
                                      ANNE PINGS
                                      Assistant U.S. Attorney

O R D E R

The March 13 hearing is vacated and a status conference is scheduled for April 3, 2007, at 8:30 a.m.  The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through April 3, 2007, for the reasons set forth above.

IT IS SO ORDERED.

Dated: March 12, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE