1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JACOB D. ESTEVES
6

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,        ) No. 2:06-cr-00200-MCE
                                    )
13              Plaintiff,          )
                                    ) **STIPULATION AND ORDER**
14      v.                          ) **CONTINUING STATUS CONFERENCE**
                                    )
15 CHRISTOPHER CRAIG, et al.,       )
                                    ) Date:  April 3, 2007
16              Defendants.         ) Time:  8:30 a.m.
                                    ) Judge: Hon. Morrison C. England
17 _____  )

18

19      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
20 of America, and defendants, through their respective attorneys, that the
21 status conference scheduled for April 3, 2007, may be continued to April
22 24, 2007, at 8:30 a.m.
23      Although the parties have reached a global settlement of the case,
24 additional time is needed to draft and review the plea agreements and
25 settle final details.  Because the agreement is global, it is necessary
26 to have all counsel present and the next available date for all counsel
27 is April 24, 2007.  In order to have adequate time to complete these
28 tasks, the parties agree that time under the Speedy Trial Act may be

1  excluded through the continued status conference on April 24, 2007,
2  pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).
3                                       Respectfully submitted,
4                                       DANIEL J. BRODERICK
                                        Federal Defender
5
6  Dated:  March 29, 2007               /s/ T. Zindel
                                        TIMOTHY ZINDEL
7                                       Assistant Federal Defender
                                        Attorney for JACOB ESTEVES
8
9  Dated:  March 29, 2007               /s/ T. Zindel for C. Fry
                                        CANDACE FRY
10                                      Attorney for CHRISTOPHER CRAIG
11
12 Dated:  March 29, 2007               /s/ T. Zindel for S. Ames
                                        STEPHANIE AMES
13                                      Attorney for DONALD EDGECOMB
14
                                        McGREGOR SCOTT
15                                      United States Attorney
16 Dated:  March 29, 2007               /s/ T. Zindel fo A. Pings
                                        ANNE PINGS
17                                      Assistant U.S. Attorney
18
19
20
21
22
23
24
25
26
27
28

O R D E R

The status conference is continued to April 24, 2007, at 8:30 a.m. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through April 24, 2007, for the reasons set forth above.

IT IS SO ORDERED.

Dated: April 4, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE