STEPHANIE AMES, ESQ; SBN 195608
CRIMINAL DEFENSE ASSOCIATES
20700 VENTURA BLVD., SUITE 301
WOODLAND HILLS, CALIFORNIA 91364
Telephone: (818) 313-6870
Facsimile: (818) 313-6871

Attorneys for Defendant
DONALD A. EDGECOMB

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-cr-00200-MCE |
| ) | |
| ) | **STIPULATION AND ORDER** |
| Plaintiff, ) | **CONTINUING STATUS CONFERENCE** |
| vs. ) | |
| ) | |
| CHRISTOPHER CRAIG, et al., ) | Date: April 24, 2007 |
| ) | Time: 8:30 a.m. |
| Defendants. ) | Judge: Hon. Morrison C. England |
| _____ ) | |

　　　　IT IS HEREBY STIPULATED AND AGREED between Plaintiff, United States of America, and Defendants, through their respective attorneys, that the status conference scheduled for April 24, 2007 may be continued to May 10, 2007, at 8:30 a.m.

　　　　The parties have reached a global settlement of the case, which because of its nature requires all counsel present on the same date for entry of plea. Counsel for Defendant Donald Edgecomb is in trial in another matter in Phoenix, Arizona, during the week of April 24, 2007, which matter had been expected to be resolved prior to trial. Accordingly, the next available date for all counsel is May 10, 2007. In order to have the benefit of the global settlement the parties agree that time under the Speedy Trial Act may be excluded through the continued status conference on May 10, 2007, pursuant to 18

U.S.C. § 3161 (h) (8) (A) and (B) (iv) (Local Code T4).

Respectfully Submitted,

Dated: April 18, 2007                    /s/ Stephanie Ames
                                         STEPHANIE AMES
                                         Attorney for DONALD EDGECOMB

Dated: April 18, 2007                    /s/ S. Ames for C. Fry
                                         CANDACE FRY
                                         Attorney for CHRISTOPHER CRAIG

                                         DANIEL J. BRODERICK
                                         Federal Defender

Dated: April 18, 2007                    /s/ S. Ames for T. Zindel
                                         TIMOTHY ZINDEL
                                         Assistant Federal Defender
                                         Attorney for JACOB ESTEVES

                                         McGREGOR SCOTT
                                         United States Attorney

Dated: April 18, 2007                    /s/ S. Ames for A. Pings
                                         ANNE PINGS
                                         Assistant U.S. Attorney

ORDER

The status conference is continued to May 10, 2007, at 9:00 a.m.  The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through May 10, 2007, for the reasons set forth above.

IT IS SO ORDERED.

DATED:  April 20, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE