DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JACOB D. ESTEVES


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-06-0200 MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER MODIFYING RELEASE CONDITIONS FOR DEFENDANT JACOB ESTEVES** |
| JACOB ESTEVES at al., | |
| Defendants. | |
| | Judge: Hon. Gregory G. Hollows |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Jacob Esteves, through their respective attorneys, that the conditions of Mr. Esteves's pretrial release may be modified to include a special condition that he participate in a program of medical or psychiatric counseling or treatment as approved by the Pretrial Services Officer.

/////

/////

/////

1    Defense counsel seeks this condition on behalf of Mr. Esteves and at

2  the urging of the Pretrial Services Officer, who believes the condition

3  to be appropriate.  Counsel for the United States concurs in the request

4  since the modification is sought by defense counsel and Pretrial

5  Services.

6                                  Respectfully submitted,

7                                  DANIEL J. BRODERICK
                                   Federal Defender
8

9  Dated:  May 18, 2007            /s/ T. Zindel
                                   TIMOTHY ZINDEL
10                                 Assistant Federal Defender
                                   Attorney for JACOB ESTEVES
11

12                                 McGREGOR SCOTT
                                   United States Attorney
13

14 Dated:  May 18, 2007            /s/ T. Zindel fo A. Pings
                                   ANNE PINGS
15                                 Assistant U.S. Attorney

16

17                            O R D E R

18    The proposed special release condition requiring medical and

19 psychiatric treatment as directed by Pretrial Services is adopted as a

20 condition of the release of defendant Jacob Esteves.  All other

21 conditions remain in force.

22    IT IS SO ORDERED.

23

24 Dated: 5/18/07                  /s/ Gregory G. Hollows

25                                 HON. GREGORY H. HOLLOWS
                                   United States Magistrate Judge
26

27 esteves.ord

28