1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JACOB D. ESTEVES
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,        )  No. 2:06-cr-00200-MCE
                                     )
13                  Plaintiff,       )
                                     )  **STIPULATION AND ORDER**
14        v.                         )  **RESCHEDULING SENTENCING**
                                     )  **OF DEFENDANT ESTEVES**
15  JACOB ESTEVES,                   )
                                     )
16                  Defendant.       )  Date:  July 19, 2007
                                     )  Time:  9:00 a.m.
17  _____ )  Judge: Hon. Morrison C. England

18

19        IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

20  of America, and defendant, Jacob Esteves, through their respective

21  attorneys, that the hearing on judgment and sentence scheduled for July

22  19, 2007, may be continued to August 23, 2007, at 9:00 a.m. as to

23  defendant Jacob Esteves, and the following amended schedule adopted for

24  preparation of the presentence report concerning him:

25        Informal objections to draft PSR due        July 19, 2007

26        Final PSR due                               August 2, 2007

27        Formal objections to PSR due                August 16, 2007

28        Hearing on J&S                              August 23, 2007

1    The parties seeks this continuance because counsel for Mr. Esteves

2 desires additional time to prepare his response to the draft presentence

3 report.  This stipulation and order is not intended to affect sentencing

4 of other defendants, who may be sentenced as may be otherwise scheduled.

5

6                                    Respectfully submitted,

7                                    DANIEL J. BRODERICK
                                     Federal Defender

8

9 Dated:  June 29, 2007              /s/ T. Zindel
                                     TIMOTHY ZINDEL
10                                   Assistant Federal Defender
                                     Attorney for JACOB ESTEVES
11
                                     McGREGOR SCOTT
12                                   United States Attorney

13 Dated:  June 29, 2007             /s/ T. Zindel fo A. Pings
                                     ANNE PINGS
14                                   Assistant U.S. Attorney

15

16                          O R D E R

17    The hearing on judgment and sentence is continued to August 23,

18 2007, and the above schedule is adopted.

19    IT IS SO ORDERED.

20

21
   Dated: July 6, 2007
22

23

24                                   MORRISON C. ENGLAND, JR.
                                     UNITED STATES DISTRICT JUDGE
25

26

27

28