STEPHANIE AMES, ESQ; SBN 195608
CRIMINAL DEFENSE ASSOCIATES
20700 VENTURA BLVD., SUITE 301
WOODLAND HILLS, CALIFORNIA  91364
Telephone: (818) 313-6870
Facsimile:  (818) 313-6871

Attorneys for Defendant
DONALD A. EDGECOMB

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | **No. 2:06-cr-00200-MCE** |
| ) | |
| )               | **MOTION TO CONTINUE SENTENCING** |
| Plaintiff,    ) | **& ORDER** |
| vs.                 ) | |
| ) | |
| CHRISTOPHER CRAIG, et al.,           ) | |
| ) | |
| Defendants.    ) | Judge:  Hon. Morrison C. England |
| _____ ) | |

COMES NOW Defendant, Donald Edgecomb, by and through his counsel of record, Stephanie Ames, and hereby respectfully requests this Court to continue sentencing in the above referenced matter.  The basis for this motion is that attorney Stephanie Ames has been terminated from her employment with Criminal Defense Associates "CDA" as of June 15, 2007. Mr. Edgecomb retained CDA to represent him in this matter and the case was assigned to Ms. Ames as an employee of the firm. Ms. Ames was advised of the employment termination on June 19th wherein she was told that the firm is insolvent; unable to pay attorney salaries or any expenses and that they anticipate filing bankruptcy.

///

This occurrence was completely unanticipated by counsel who is now diligently attempting to find work while still taking care of pending cases.  Accordingly, Ms. Ames has not had an opportunity to review the presentence report or otherwise prepare for the upcoming hearing scheduled for July 19, 2007.

Further, counsel anticipates filing a motion to withdraw as counsel as continued representation in this case would result in an unreasonable financial burden on the lawyer.  At the current time Ms. Ames has no incoming salary and was in fact completely surprised by the involuntary termination.  Notice that she would not be receiving any further monies from the firm was given five days after her last pay check and Ms. Ames is currently very diligently looking for other employment in order to pay rent and other monthly bills.  Counsel is advised that the California State Bar shall be taking jurisdiction of CDA and all of its case files as of the beginning of July and Ms. Ames does not currently know how this will affect the status of pending cases.

Assistant United States Attorney Anne Pings has been telephonically advised of defense counsel's request and has no objection to the continuance.  Accordingly, counsel would respectfully request that the Court continue this case for a status conference in approximately thirty to forty-five days to determine legal representation for Mr. Edgecomb and to allow such counsel to properly prepare for sentencing.

Respectfully Submitted,

Dated: June 28, 2007

/s/ Stephanie Ames
STEPHANIE AMES
Attorney for DONALD EDGECOMB

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:06-cr-00200-MCE |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| CHRISTOPHER CRAIG, et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

     IT IS HEREBY ORDERED that sentencing is continued in this matter and a status conference is scheduled on August 2, 2007, at 09:00 a.m., to determine counsel for defendant, Donald Edgecomb.

DATED: July 6, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE