STEPHANIE AMES, ESQ; SBN 195608
CRIMINAL DEFENSE ASSOCIATES
20700 VENTURA BLVD., SUITE 301
WOODLAND HILLS, CALIFORNIA  91364
Telephone: (818) 313-6870
Facsimile:  (818) 313-6871

Attorneys for Defendant
DONALD A. EDGECOMB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:06-cr-00200-MCE |
| | ) | |
| Plaintiff, | ) | **ORDER ALLOWING ATTORNEY TO PERSONALLY WITHDRAW AS COUNSEL** |
| vs. | ) | |
| | ) | |
| CHRISTOPHER CRAIG, et al., | ) | |
| | ) | |
| Defendants. | ) | Judge: Hon. Morrison C. England |
| _____ | ) | |

Based upon the motion of defense counsel and good cause appearing, IT IS HEREBY ORDERED that Stephanie Ames is allowed to personally withdraw as counsel in this matter.  Further, based upon counsel's representations that defendant Donald Edgecomb desires and may qualify for CJA appointed counsel; a status conference is scheduled on July 19, 2007 at 9:00 a.m. in Courtroom 3 before the Honorable Morrison C. England, Jr. to appoint counsel.

Dated:  July 6, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE