1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JACOB D. ESTEVES
6

7

8                IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,        ) No. 2:06-cr-00200-MCE
                                    )
13              Plaintiff,          )
                                    ) **STIPULATION AND ORDER**
14      v.                          ) **RESCHEDULING SENTENCING**
                                    ) **OF DEFENDANT ESTEVES**
15 JACOB ESTEVES,                   )
                                    )
16              Defendant.          ) Date:  August 23, 2007
                                    ) Time:  9:00 a.m.
17 _____  ) Judge: Hon. Morrison C. England

18

19      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

20 of America, and defendant, Jacob Esteves, through their respective

21 attorneys, that the hearing on judgment and sentence scheduled for August

22 23, 2007, may be continued to October 18, 2007, at 9:00 a.m. as to

23 defendant Jacob Esteves.

24 ///

25 ///

26 ///

27 ///

28 ///

The final presentence report has been filed.  Should either party wish to file further objections, they will submit them in writing by October 11, 2007.

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

Dated:  August 21, 2007          /s/ T. Zindel
                                          TIMOTHY ZINDEL
                                          Assistant Federal Defender
                                          Attorney for JACOB ESTEVES

                                          McGREGOR SCOTT
                                          United States Attorney

Dated:  August 21, 2007          /s/ T. Zindel fo A. Pings
                                          ANNE PINGS
                                          Assistant U.S. Attorney

# O R D E R

The hearing on judgment and sentence is continued to October 18, 2007, at 9:00 a.m.

IT IS SO ORDERED.

Dated: August 22, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

-2-