1 BRUCE LOCKE
Moss & Locke
2 555 University Avenue, Ste 150
Sacramento, California 95825
3
Attorney for Defendant
4 DONALD EDGECOMB

5

6                           IN THE UNITED STATES DISTRICT COURT
7
                               EASTERN DISTRICT OF CALIFORNIA
8

9

10 UNITED STATES OF AMERICA           §
                                      §
11 V.                                 §    CRIMINAL NO. S-06-200 MCE
                                      §
12 DONALD EDGECOMB,                   §    ORDER TO FURNISH TRAVEL
                                      §    FOR STATUS CONFERENCE ON
                                      §    OCTOBER 23, 2008 AT 9:00 A.M.
13                                    §

14 _____

15 TO:    UNITED STATES MARSHAL

16       This is to authorize and direct you to furnish the above-named DONALD EDGECOMB, with

17 transportation from Milwaukee, Wisconsin to the place of his hearing for a status conference in

18 Sacramento, California on October 23, 2008 at 9:00 a.m.  It will be necessary for DONALD

19 EDGECOMB to arrive in Sacramento, California on October 22, 2008, to make his appearance in

20 court on October 23, 2008.  DONALD EDGECOMB is financially unable to be in Sacramento on

21 this date without transportation expenses being provided by the Government. DONALD

22 EDGECOMB will also need transportation to Milwaukee, Wisconsin, the place of his bonafide

23 residence, on October 23, 2008.  This is authorized pursuant to 18 U.S.C. § 4285.

24  Dated: October 20, 2008

25                                                    _____
                                                      MORRISON C. ENGLAND, JR.
26                                                    UNITED STATES DISTRICT JUDGE

27

28